## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| VISTRA CORP., *et al.*, <br><br> *Petitioners*, <br><br> and <br><br> INVENERGY NELSON, L.L.C. <br><br> *Petitioner*, <br><br> *v.* <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> *Respondent*, <br><br> MONITORING ANALYTICS, L.L.C., *et al.*, <br><br> *Intervenors*. | Case No. 25-60055, <br> Consolidated with Case No. 25-60149 |

**UNOPPOSED JOINT MOTION OF PETITIONERS TO CONSOLIDATE**

Pursuant to F.R.A.P. 3(b)(2) and 27, Petitioners in the above-captioned proceeding respectfully move to consolidate this lead proceeding with related proceedings now pending before this Court, *Leeward Renewable Energy, LLC, et al. v. FERC*, No. 25-60329 ("*Leeward*") and *NY Independent System Operator v. FERC*, No. 25-60378 ("*NYISO*"). All the petitions in these related proceedings ultimately

concern the same order from the Federal Energy Regulatory Commission ("FERC"): *Compensation for Reactive Power Within the Standard Power Factor Range,* Order No. 904, Dkt. No. RM22-2-000, 189 FERC ¶ 61,034 (Oct. 17, 2024) ("Order No. 904").  *See* Dkt. 1, 5; *Invenergy Nelson v. FERC*, No. 25-60149, at Dkt. 1-2; *Leeward*, No. 25-60329, at Dkt. 1, 13; *NYISO*, No. 25-60378, at Dkt. 1, 8.  The *Leeward* proceeding additionally concerns FERC's June 6, 2025 order denying rehearing of Order No. 904.  Accordingly, to ensure that both Order No. 904 and the order denying rehearing of Order No. 904 can be reviewed efficiently in the same proceeding, the Court should consolidate the *Leeward* and *NYISO* proceedings with this ongoing lead proceeding.  Counsel for the parties have conferred; counsel for FERC and counsel for Intervenors do not oppose the relief requested herein.

In support of this motion, Petitioners state as follows:

1.    This proceeding challenges Order No. 904 directly, along with FERC's initial notice of denial of rehearing by law, *Compensation for Reactive Power Within the Standard Power Factor Range,* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Dkt. No. RM22-2-001, 189 FERC ¶ 62,127 (Dec. 19, 2024) ("December Hearing Order").  *See* Dkt. 1, 5; *Invenergy Nelson*, No. 25-60149, at Dkt. 1-2; *NYISO*, No. 25-60378, at Dkt. 1, 8.

2.     The *Leeward* and *NYISO* proceedings involve many of the same parties,[1] and challenge a substantive order denying rehearing of Order No. 904, *Compensation for Reactive Power Within the Standard Power Factor Range,* Order Addressing Arguments Raised on Rehearing, Dkt. No. RM22-2-001, 191 FERC ¶ 61,188 (June 6, 2025) ("June Rehearing Order").

3.     The petitions in this proceeding and the *Leeward / NYISO* proceedings challenge Order No. 904 and/or the June Rehearing Order under the Federal Power Act, the Administrative Procedure Act, and the U.S. Constitution.  *See* Dkt. 1, 5; *Invenergy Nelson*, No. 25-60149, at Dkt. 1-2; *Leeward*, No. 25-60329, at Dkt. 1, 13; *NYISO*, No. 25-60378, at Dkt. 1, 8.

4.     All petitions in this proceeding and the *Leeward / NYISO* proceedings also request similar relief:  that the Court hold unlawful, vacate, enjoin, and set aside Order No. 904, the December Rehearing Order (for this proceeding and the *NYISO* proceeding), and the June Rehearing Order (for the *Leeward* proceeding) and grant such further relief as may be appropriate.  *See* Dkt. 1, 5; *Invenergy Nelson*, No. 25-60149, at Dkt. 1-2; *Leeward*, No. 25-60329, at Dkt. 1, 13; *NYISO*, No. 25-60378, at Dkt. 1, 8.

---

[1] Petitioner National Grid Renewables Development, LLC changed its name to Geronimo Power, LLC in the interim between the filing of its petition in this proceeding and the filing of its petition in the *Leeward* proceeding.

5.      Indeed, the Court already *sua sponte* consolidated the *Invenergy Nelson* petition (No. 25-60149) with this proceeding.  Dkt. 86.

6.      In addition, certain petitioners have sought review of the June Rehearing Order in two additional proceedings outside of this Circuit.  *See Pub. Serv. Elec. & Gas Co. v. FERC*, No. 25-1165 (D.C. Cir.); *NY Indep. Sys. Operator v. FERC,* No. 25-1887 (2d Cir.).  These additional proceedings are pending transfer to this Circuit.  Upon transfer, Petitioners intend to seek consolidation of these additional proceedings with this proceeding if the Court does not do so *sua sponte*.

7.      Resolving all of these closely related petitions in a single consolidated proceeding would prevent unnecessarily duplicative work for all parties involved, including the Court.

8.      No briefing schedule has been set.  This proceeding is currently stayed until August 12, 2025, after which time the parties will file an appropriate motion (or motions) concerning future proceedings by August 19, 2025. Dkt. 102.  The parties are currently discussing a proposed briefing schedule (which would include a date for filing the certified index to the record in the consolidated cases).  Once all proceedings are consolidated and a briefing schedule is set, the parties will be able to file briefs addressing the issues arising from Order No. 904 and the denial of rehearing of Order No. 904 according to a single schedule.

Petitioners therefore respectfully request that the Court consolidate this proceeding with the *Leeward* and *NYISO* proceedings.

*[Signature pages to follow]*

Dated: August 12, 2025

Respectfully submitted,

/s/ Steven P. Hollman

Steven P. Hollman
Abraham J. Shanedling
Bruce A. Grabow
Jennifer Brough
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006-6801
(202) 747-1941
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
bgrabow@sheppardmullin.com
jbrough@sheppardmullin.com

*Counsel for Leeward Renewable
Energy, LLC, RWE Clean Energy, LLC,
DESRI Holdings, L.P., Invenergy Wind
Development North America LLC,
Invenergy Solar Development North
America LLC, Lightsource Renewable
Energy Operations, LLC, and NextEra
Energy Resources, LLC*

/s/ Christopher M. Odell

Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 576-2401
christopher.odell@arnoldporter.com

*Counsel for Alpha Generation, LLC*

/s/ James E. Tysse

James E. Tysse
Stephen J. Hug
Benjamin N. Reiter
AKIN GUMP STRAUSS HAUER &
FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000
jtysse@akingump.com
shug@akingump.com
breiter@akingump.com

Matthew S. Noxsel
AKIN GUMP STRAUSS HAUER &
FELD LLP
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
(214) 969-2800
mnoxsel@akingump.com

*Counsel for Vistra Corp., Dynegy
Marketing and Trade, LLC, LS
Power Supply Association, Electric
Power Supply Association, New
England Power Generators
Association, Inc., Geronimo Power,
LLC (formerly known as National
Grid Renewables Development,
LLC), Independent Power
Producers of New York, and The
PJM Power Providers Group*

6

*/s/ Theodore J. Murphy*

Theodore J. Murphy
Blake Grow
HUNTON ANDREWS KURTH, LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1588
tmurphy@hunton.com
bgrow@hunton.com

*Counsel for New York Independent
System Operator, Inc.*

*/s/ James K. Mitchell*

James K. Mitchell
JAMES K. MITCHELL LAW PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
(703) 969-0402
jameskmitchelllaw@gmail.com

*Counsel for Invenergy Nelson,
L.L.C.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that this document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 750 words.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).


Dated: August 12, 2025                    Respectfully submitted,

                                          */s/ James E. Tysse*
                                          James E. Tysse

## CERTIFICATE OF SERVICE

I certify that on August 12, 2025, the foregoing Unopposed Joint Motion of Petitioners to Consolidate was filed and served on all counsel of record using the Court's CM/ECF system.

August 12, 2025                                Respectfully submitted,

                                               _s/ James E. Tysse_
                                               James E. Tysse