# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

VISTRA CORP., *et al.*,

                Petitioners in 25-60055,

and

INVENERGY NELSON, L.L.C.,

                Petitioner in 25-60149,

and

LEEWARD RENEWABLE ENERGY, LLC, *et al.*,

                Petitioners in 25-50329,

and

NEW YORK INDEPENDENT SYSTEM OPERATOR, INC.,

                Petitioner in 25-60378

v.

FEDERAL ENERGY REGULATORY COMMISSION,

                Respondent,

and

MONITORING ANALYTICS, LLC, *et al.*,

                Intervenor-Respondents.

Case No. 25-60055
Consol. with Case Nos. 25-60149, 25-60329, and 25-60378

**FERC Orders Under Review**

189 FERC ¶ 61,034
189 FERC ¶ 62,127
191 FERC ¶ 61,188

## JOINT MOTION REGARDING FURTHER PROCEEDINGS

Pursuant to the Court's June 13, 2025 Order (Dkt. 102), the parties hereby submit this joint motion concerning future proceedings.

## BACKGROUND

1.     On October 17, 2024, FERC issued Order No. 904, *Compensation for Reactive Power Within the Standard Power Factor Range*, 189 FERC ¶ 61,034 ("Order No. 904").  On November 18, 2024, Petitioners filed requests for rehearing of Order No. 904.  Those petitions were denied by operation of law on December 19, 2024.  Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, *Compensation for Reactive Power Within the Standard Power Factor Range*, 189 FERC ¶ 62,127 ("Rehearing Notice").

2.     On February 7, 2025, Petitioner Vistra Corp. group[1] and Petitioner Leeward Renewable Energy, LLC group[2] timely sought judicial review of Order No. 904 and the Rehearing Notice.  Dkt. 1, 5 (Case No. 25-60055).

---

[1] The Vistra Corp. Petitioners group is comprised of Vistra Corp., Dynegy Marketing and Trade, LLC, LS Power Development, LLC, Alpha Generation, LLC, Electric Power Supply Association, New England Power Generators Association, Inc., Geronimo Power, LLC, Independent Power Producers of New York, Inc., and The PJM Power Providers Group.

[2] The Leeward Renewable Energy, LLC group is comprised of Leeward Renewable Energy, LLC, RWE Clean Energy, LLC, DESRI Holdings, L.P., Invenergy Wind Development North America LLC, Invenergy Solar Development North America LLC, Lightsource Renewable Energy Operations, LLC, and NextEra Energy Resources, LLC.

3.     On March 28, 2025, the Court granted in part FERC's motion to hold the appeal in abeyance, determining that the case would be held in abeyance until May 28, 2025, and directing the parties to file "an appropriate motion concerning future proceedings within 14 days after (1) the end of this abeyance period, or (2) Respondent issues a rehearing order, whichever is earlier." Dkt. 83-2.

4.     On April 9, 2025, the Court consolidated this appeal with Case No. 25-60149, *Invenergy Nelson, LLC v. FERC* (transferred from Invenergy Nelson, LLC's appeal to the Seventh Circuit), but it kept the abeyance in place. Dkt. 86.

5.     On June 6, 2025, FERC issued an Order Addressing Arguments Raised on Rehearing, *Compensation for Reactive Power Within the Standard Power Factor Range*, 191 FERC ¶ 61,188 ("June 6 Rehearing Order"). FERC ultimately "reach[ed] the same result" as in Order No. 904, and confirmed the January 27, 2025 effective date of Order No. 904 (which remains in effect). *Id.* ¶¶ 3, 177.

6.     On June 11, 2025, Petitioners and FERC filed an unopposed joint motion to hold the appeal in further abeyance to provide adequate time for any petitions for review of the June 6 Rehearing Order to be timely filed and consolidated into this appeal.

7.     On June 13, 2025, the Court granted the motion and ordered that the case remain stayed until August 12, 2025, and that the parties should file an appropriate motion concerning future proceedings by August 19, 2025. Dkt. 102.

8.     On June 12 and 23, 2025, the Vistra Corp. group and the Leeward Renewable Energy, LLC group timely sought judicial review of FERC's June 6 Rehearing Order. *Leeward Renewable Energy, LLC, et al.*, v. *FERC*, No. 25-60329.

9.     On August 12, 2025, Petitioners filed an unopposed motion to consolidate the *Leeward* appeal (No. 25-60329) and Case No. 25-60378, *New York Independent System Operator, Inc. v. FERC* (transferred from a separate appeal in the Second Circuit), with this appeal, pursuant to Fed. R. App. P. 3(b)(2). Dkt. 114. On August 14, 2025, the Court granted the motion to consolidate. Dkt. 17.

10.     On August 1, 2025, New York Independent System Operator, Inc. ("NYISO") filed a petition for review of FERC's June 6 Rehearing Order in the Second Circuit. *See N.Y. Indep. Sys. Operator, Inc. v. FERC*, 2d Cir. No. 25-1887. The parties anticipate that this petition will be transferred to this Court and consolidated with these cases.

11.     On August 4, 2025, Public Service Electric and Gas Company, PSEG Power LLC, and PSEG Energy Resources & Trade LLC ("PSEG group") filed a petition for review of FERC's June 6 Rehearing Order in the D.C. Circuit. *See* D.C. Cir. No. 25-1165. The parties also anticipate that this petition will be transferred to this Court and consolidated with these cases.

## **REQUEST REGARDING FUTURE PROCEEDINGS**

12.     ***Administrative Record.***  FERC will file the certified index to the record for the orders under review by September 15, 2025.

13.     ***Proposed Briefing Schedule.***  The Parties propose the following schedule and format for merits briefing to ensure full and efficient resolution of this case.  As detailed below, the parties request a modest expansion of the Court's default briefing schedule and word limits in light of the complexity of the issues involved in this appeal and the number of parties and intervenors.

14.     The parties propose to notify the court once all petitions for review have been transferred and consolidated into this proceeding, and ask that the Court promptly thereafter issue a briefing notice as follows:

| Item | Deadline |
| --- | --- |
| Procedural Motions, including potential motions to transfer | 14 days after the briefing notice issues |
| Petitioners' Principal Brief(s)—30,000 words total, to be divided among five groups of petitioners (Vistra Corp. group, Leeward Renewable Energy, LLC group, Invenergy Nelson, LLC, New York Independent System Operator, Inc., and PSEG group), as appropriate | 60 days after the briefing notice issues |
| Response brief of Respondent FERC – 25,000 words | 90 days (including extensions) after Petitioners' Principal Briefs are due |

| Response Brief(s) of Intervenors in Support of FERC – 20,000 words total, to be divided among all intervenors | 14 days after Respondent's Brief is due |
| Petitioners' Reply Briefs—20,000 words total, to be divided among five groups of petitioners (Vistra Corp. group, Leeward Renewable Energy, LLC group, Invenergy Nelson, LLC, New York Independent System Operator, Inc., and PSEG group), as appropriate | 30 days after Intervenors' brief(s) in support of FERC's brief is due |
| Joint Deferred Appendix (*see* Fed. R. App. P. 30(c)) | 7 days after Petitioners' reply briefs are due |
| Final Form Briefs (*see* Fed. R. App. P. 30(c)(2)) | 7 days after Joint Appendix is due |

15.     Good cause exists for the proposed schedule, which represents a significant streamlining of the Court's otherwise applicable defaults, with allowances due to the number of parties and orders under review. *See, e.g.*, Case No. 24-60280, *Gas Transmission Nw., LLC, et al. v. FERC* (5th Cir.), Dkt. ##40 & 81; Case No. 23-60482, *System Energy Resources, Inc., et al. v. FERC* (5th Cir.), Dkt. ##65, 71, 72.

16.     Moreover, all aligned parties commit to coordinating as closely as possible to keep the number of briefs to a minimum and otherwise reduce duplication and overlap in their briefing.

17.     Petitioners have conferred with all other parties regarding this proposal, and all parties jointly move for the relief requested.

## <u>CONCLUSION</u>

For the foregoing reasons, the Motion should be granted, and the Court should enter a briefing schedule and format as proposed.

Dated: August 19, 2025

Respectfully submitted,

/s/ *James E. Tysse* (*with consent*)

James E. Tysse
Stephen J. Hug
Benjamin N. Reiter
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000
jtysse@akingump.com
shug@akingump.com
breiter@akingump.com

Matthew S. Noxsel
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
(214) 969-2800
mnoxsel@akingump.com

*Counsel for Vistra Corp., Dynegy
Marketing and Trade, LLC, LS Power
Development LLC, Electric Power Supply
Association, New England Power
Generators Association, Inc., Geronimo
Power, LLC (formerly known as National
Grid Renewables Development, LLC),
Independent Power Producers of New
York, and The PJM Power Providers
Group*

/s/ *Steven P. Hollman*

Steven P. Hollman
Abraham J. Shanedling
Bruce A. Grabow
Jennifer Brough
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-6801
(202) 747-1941
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
bgrabow@sheppardmullin.com
jbrough@sheppardmullin.com

*Counsel for Leeward Renewable
Energy, LLC, RWE Clean Energy, LLC,
DESRI Holdings, L.P., Invenergy Wind
Development North America LLC,
Invenergy Solar Development North
America LLC, Lightsource Renewable
Energy Operations, LLC, and NextEra
Energy Resources, LLC*

/s/ *James K. Mitchell* (*with consent*)

James K. Mitchell
JAMES K. MITCHELL LAW PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
(703) 969-0402
jameskmitchelllaw@gmail.com

*Counsel for Invenergy Nelson, L.L.C.*

/s/ Susanna Y. Chu (with consent)

Robert H. Solomon
   Solicitor
Susanna Y. Chu
   Senior Attorney
FEDERAL ENERGY REGULATORY
COMMISSION
Washington, DC 20426
(202) 502-8464
robert.solomon@ferc.gov
susanna.chu@ferc.gov

*Counsel for Federal Energy
Regulatory Commission*

/s/ Ryan J. Collins (with consent)

Ryan J. Collins
WRIGHT & TALISMAN, P.C.
1200 G Street N.W., Suite 600
Washington, DC 20005-3898
(202) 393-1200
collins@writlaw.com

*Counsel for PJM Interconnection,
L.L.C.*

/s/ Debra D. Roby (with consent)

Debra D. Roby
Alan I. Robbins
Washington Energy Law LLP
900 17th St. NW, Suite 500-A
Washington, DC 20006
(202) 326-9313
droby@washingtonenergylaw.com
arobbins@washingtonenergylaw.com

*Counsel for Northern Virginia
Electric Cooperative, Inc.*

/s/ Christopher M. Odell (with consent)

Christopher M. Odell
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 576-2401
Christopher.odell@arnoldporter.com

*Counsel for Alpha Generation, LLC*

/s/ Ted J. Murphy (with consent)

Ted J. Murphy
Blake Grow
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202_955-1588
tmurphy@hunton.com
bgrow@hunton.com

*Counsel for New York Independent
System Operator, Inc.*

/s/ Viet H. Ngo (with consent)

Viet H. Ngo
Associate Counsel – Regulatory
PSEG Services Corporation
601 New Jersey Ave., NW, Ste. 31
Washington, DC 20001
(202) 460-9356
viet.ngo@pseg.com

*Counsel for the PSEG Companies*

*/s/ Stephen C. Pearson (with consent)*

Stephen C. Pearson
SPIEGEL & MCDIARMID LLP
1818 N Street, NW, 8th Floor
Washington, DC 20036
(202) 879-4000
Steve.pearson@spiegelmcd.com

*Counsel for the Maryland Office of
People's Counsel and the New Jersey
Division of Rate Counsel*

*/s/ Sarah A. Hunger (with consent)*

Kwame Raoul
Attorney General
State of Illinois
Jane Elinor Notz
Solicitor General
Sarah A. Hunger
Deputy Solicitor General
OFFICE OF THE ILLINOIS ATTORNEY
GENERAL
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202
Sarah.hunger@ilag.gov

*Counsel for the Illinois Office of the
Attorney General*

*/s/ Jeffrey W. Mayes (with consent)*

Jeffrey W. Mayes
MONITORING ANALYTICS, LLC
2621 Van Buren Avenue, Suite 160
Eagleville, PA 19087
(610) 271-8053
jeffrey.mayes@monitoringanalytics.com

*Counsel for Monitoring Analytics, LLC*

*/s/ Wendy N. Reed (with consent)*

Wendy N. Reed
Wendy B. Warren
WRIGHT & TALISMAN, P.C.
1200 G Street N.W., Suite 600
Washington, DC 20005-3898
(202) 393-1200
reed@wrightlaw.com
warren@wrightlaw.com

*Counsel for MISO Transmission Owners*

*/s/ Cheri Yochelson (with consent)*

Cheri Yochelson
DOMINION ENERGY, SERVICES, INC.
120 Tredegar Street, RS-5
Richmond, VA 23219
(804) 819-2171
cheri.m.yochelson@dominionenergy.com

*Counsel for Virginia Electric and Power
Company d/b/a Dominion Energy
Virginia*

*/s/ Matthew Rudolphi (with consent)*

Matthew R. Rudolphi
Thompson Coburn LLP
1909 K Street, N.W., Suite 600
Washington, D.C. 20006-1167
(202) 585-6900
mrudolphi@thompsoncoburn.com

*Counsel for Old Dominion Electric
Cooperative*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that this document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(a) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 1,140 words, excluding the signatures and certificates. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6).

Dated: August 19, 2025                    Respectfully submitted,

                                          */s/ Steven P. Hollman*
                                          Steven P. Hollman

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, the foregoing Joint Motion Regarding Further Proceedings was filed and served on all counsel of record using the Court's CM/ECF system.

Dated: August 19, 2025                    Respectfully submitted,

*/s/ Steven P. Hollman*
Steven P. Hollman