# In the United States Court of Appeals for the Fifth Circuit

---

Nos. 25-60055, 25-60149, 25-60329, 25-60453

VISTRA CORPORATION, ET AL.,
PETITIONERS

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,
RESPONDENT

---

## UNOPPOSED MOTION BY PETITIONERS FOR CLARIFICATION OF THE BRIEFING DEADLINES, WORD LIMITS, AND USE OF A DEFERRED APPENDIX

---

Pursuant to Federal Rules of Appellate Procedure 27 and 30(c)(1) and this Court's Local Rules 27.1.16 and 32.4, petitioners respectfully submit this motion for clarification of the briefing deadlines, word limits, and use of a deferred appendix.

1.  On August 19, 2025, the parties filed an unopposed joint motion regarding further proceedings in these consolidated cases. Dkt. 120. As is relevant here, the parties proposed that petitioners' principal briefs would have a word limit of 30,000 words total and their reply briefs would have a word limit of 20,000 words total—in both cases, to be divided among the petitioners. *Id.* at 5-6. The parties likewise proposed that respondent Federal Energy Regulatory

(1)

Commission's response brief would have a word limit of 25,000 words and that the intervenors' response briefs would have a word limit of 20,000 words total—the latter to be divided among the intervenors. *Id.* at 5-6. The parties requested this expansion of the Court's default word limit in light of the complexity of the issues and the number of parties involved. *Id.* at 5. In particular, the consolidated cases arise from two agency orders—which total over 300 pages in length—implicating significant questions under the Federal Power Act and Administrative Procedure Act, and several different groups of petitioners and multiple intervenors are involved in the litigation.

2. The parties further requested that the Court set a briefing schedule as described in the joint motion and that it permit the use of a deferred appendix under Federal Rule of Appellate Procedure 30(c)(1), due seven days after the reply briefs. *See* Dkt. 120, at 5-6.

3. On August 25, 2025, the Court granted the joint motion, but the Court's order did not specify that the briefing schedule and word limits had been extended or that the parties could use a deferred appendix. Dkt. 129.

4. On November 18, 2025, the Court issued a briefing notice, which again did not specify that the full briefing schedule and the word limits had been extended or that the parties could use a deferred appendix. Dkt. 167-2.

5.    Petitioners have been informed by the Clerk's Office that they should file a motion for clarification with respect to the Court's prior order granting the joint motion.

6.    Accordingly, petitioners respectfully request that this Court confirm that the parties may use the briefing schedules and word limits as described in the parties' August 19, 2025, joint motion, which this Court granted, as well as a deferred appendix (which will be formatted consistent with Local Rule 30.2) to be filed seven days after the reply briefs. The schedule and word limits should be as follows:

| Item | Deadline |
| --- | --- |
| Petitioners' principal briefs - 30,000 words total, to be divided among all petitioners | February 19, 2026 - existing deadline |
| Brief of respondent - 25,000 words | May 20, 2026 - 90 days after petitioners' principal briefs are due |
| Briefs of intervenors in support of respondent - 20,000 words total, to be divided among all intervenors | June 3, 2026 - 14 days after respondent's brief is due |
| Petitioners' reply briefs - 20,000 words total, to be divided among all petitioners | July 6, 2026 - 30 days after intervenors' briefs in support of respondent are due |
| Deferred appendix | July 13, 2026 - 7 days after petitioners' reply briefs are due |
| Final form briefs | July 20, 2026 - 7 days after deferred appendix is due |

7.    Counsel for all other parties to these consolidated cases have been notified of this request for clarification, and no party opposes the request.

Respectfully submitted,

/s/ James Tysse
JAMES TYSSE
AKIN GUMP STRAUSS
  HAUER & FELD LLP
  *2001 K Street N.W.*
  *Washington, DC 20006*
  *(202) 756-8000*
  *jtysse@akingump.com*

*Counsel for Vistra Petitioners*

/s/ Steven P. Hollman
STEVEN P. HOLLMAN
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
  *2099 Pennsylvania Avenue N.W.*
   *Suite 100*
  *Washington, DC 20006*
  *(202) 747-1941*
  *shollman@sheppardmullin.com*

*Counsel for Leeward*
*Petitioners*

FEBRUARY 4, 2026

/s/ Masha G. Hansford
MASHA G. HANSFORD
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *mhansford@paulweiss.com*

*Counsel for PSEG Petitioners*

/s/ Christopher Odell
CHRISTOPHER ODELL
ARNOLD & PORTER KAYE
  SCHOLER LLP
  *700 Louisiana Street*
   *Suite 4000*
  *Houston, TX 77002*
  *(713) 576-2400*
  *christopher.odell@arnoldporter.com*

*Counsel for Alpha Generation*
*Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2026, a copy of the foregoing motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

/s/ Masha G. Hansford
MASHA G. HANSFORD

# CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(a)(5), and 32(a)(6), that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 587 words.

/s/ Masha G. Hansford<br>
MASHA G. HANSFORD